**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6372**

_____

EUGENE EDWARD WINDER,

                    Plaintiff - Appellant,

          v.

GARY MAYNARD,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.   (1:13-cv-00748-JFM)

_____

Submitted:  September 25, 2014      Decided:  September 29, 2014

_____

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Eugene Winder, Appellant Pro Se.  Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Edward Winder appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Winder v. Maynard, No. 1:13-cv-00748-JFM (D. Md. filed Feb. 24, 2014; entered Feb. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED